MARK J. BENNETT   2672
Attorney General of Hawaii

CINDY S. INOUYE   3968
KENDALL J. MOSER   6515
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
E-Mail: Kendall.J.Moser@hawaii.gov

Attorneys for Defendants
DEPARTMENT OF HUMAN SERVICES,
CHILD PROTECTIVE SERVICES,
GAIL TAKASUGI-IGNACIO, and
KELLEY PHILLIPS

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 1 5 2005

at 3 o'clock and 0 min. P M
SUE BEITIA, CLERK

**LODGED**

NOV 1 0 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LAURENCE RYAN, as Guardian Ad Litem and Next Friend for and on behalf of, ANTHONY DUX, a minor (born 12-19-86),<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY KAMAKA, JOCELYN KAMAKA; DEPARTMENT OF HUMAN SERVICES, CHILD PROTECTIVE SERVICES; GAIL TAKASUGI-IGNACIO, in her capacity as Administrator and individually; KELLEY PHILLIPS, | CIVIL NO. 03-00384 DAE-BMK<br><br>STIPULATION TO DISMISS AMENDED COMPLAINT WITH PREJUDICE, and ORDER |

| | )
|---|---|
| in his capacity as supervisor and individually; STANLEY M. HILL, in his capacity as supervisor and individually; DWAYNE OMORI, in his capacity as case manager and individually; BEVERLY NAKAMOTO, in her capacity as supervisor and individually; BILL LANIER, in his capacity as case manager and individually; DOES 1-20; DOE STATE EMPLOYEES 1-20; DOE PARTNERSHIPS 1-20; DOE CORPORATIONS 1-20; and DOE GOVERNMENTAL ENTITES 1-20, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) Trial Date: August 23, 2005 ) |

## STIPULATION TO DISMISS AMENDED COMPLAINT WITH PREJUDICE

IT IS HEREBY STIPULATED, by and among the parties hereto, Plaintiff Laurence Ryan, as Guardian Ad Litem and Next Friend for and on behalf of Anthony Dux, a minor ("Plaintiff"), by and through Caren Dennemeyer, Esq.; Defendant Jocelyn Kamaka, by and through Richard K. Griffith, Esq.; and Defendants Department of Human Services, Child Protective Services, Gail Takasugi-Ignacio, and Kelley Phillips, by and through Kendall J. Moser, Deputy Attorney General, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that all claims brought by Plaintiff against the above-named Defendants in the Amended Complaint, and all cross-claims between the above-named

Defendants, are hereby dismissed with prejudice. Each party will bear their own attorney's fees and costs.

The Order Granting Defendants Stanley M. Hill, Duane Omori and Beverly Nakamoto's Motion for Summary Judgment was entered on May 18, 2005, and the Stipulation for Dismissal with Prejudice of Cross-Claims by and Against Defendants Stanley M. Hill, Duane Omori and Beverly Nakamoto and Order was filed on June 27, 2005.

All remaining parties who have appeared in this action have signed this stipulation. Plaintiff's motion for default judgment against Defendant Timothy Kamaka is pending. Trial in this matter had been set for August 23, 2005.

DATED: Honolulu, Hawaii, _____.


_____
CAREN DENNEMEYER
Attorney for Plaintiff

_____
RICHARD K. GRIFFITH
Attorney for Defendant
JOCELYN KAMAKA

STATE OF HAWAII

MARK J. BENNETT
Attorney General
State of Hawaii

_/s/ Kendall J. Moser_
KENDALL J. MOSER
Deputy Attorney General

Attorney for Defendants
DEPARTMENT OF HUMAN SERVICES,
CHILD PROTECTIVE SERVICES,
GAIL TAKASUGI-IGNACIO, and
KELLEY PHILLIPS

APPROVED AND SO ORDERED:

_/s/ David A. Ezra_
DAVID A. EZRA
CHIEF UNITED STATES DISTRICT JUDGE

---

Laurence Ryan v. Timothy Kamaka, et al., Civil No. 03-00384 BMK, Stipulation to Dismiss Amended Complaint With Prejudice, and Order