ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 2 5 2005

at __1__ o'clock and __45__ min. __P__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LAURENCE RYAN, as Guardian Ad Litem and Next Friend for and on behalf of,<br><br>A.D., a minor (born 1986),<br><br>            Plaintiff,<br><br>    vs.<br><br>TIMOTHY KAMAKA, JOCELYN KAMAKA; DEPARTMENT OF HUMAN SERVICES, CHILD PROTECTIVE SERVICES; GAIL TAKASUGI-IGNACIO, in her capacity as Administrator and individually; KELLEY PHILLIPS, in his capacity as supervisor and individually; STANLEY M. HILL, in his capacity as supervisor and individually; DWAYNE OMORI, in his capacity as case manager and individually; BEVERLY NAKAMOTO, in her capacity as supervisor and individually; BILL LANIER, in his capacity as case manager and individually; DOES 1-20; DOE STATE EMPLOYEES 1-20; DOE PARTNERSHIPS 1-20; DOE CORPORATIONS 1-20; and DOE GOVERNMENTAL ENTITIES 1-20, | Civil No. CV03-00384 DAE-BMK<br><br>FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT TIMOTHY KAMAKA |

```
          Defendants.         )
                              )
_____ )
```

## FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT TIMOTHY KAMAKA

Plaintiff A.D.'s Motion for Default Judgment, filed October 18, 2005, having come on for hearing on November 10, 2005, with counsel for all appearing parties present; and this Court having considered the evidence presented, the representations of counsel and the records and files herein, makes the following findings of fact and conclusions of law and Recommends that Plaintiff's Motion for Default Judgment against Defendant TIMOTHY KAMAKA be Granted.

## FINDINGS OF FACT

1.  Plaintiff filed a Verified Complaint against Defendant TIMOTHY KAMAKA and the other defendants herein on April 17, 2003.

2.  Plaintiff has settled all claims against the other defendants and the case is set to be dismissed.

3.  Defendant KAMAKA never appeared or defended in this matter despite lawful service being made by publication.

4.  Plaintiff seeks a default judgment against KAMAKA in the amount of

2

Twenty-five Thousand Six Hundred Twenty-four dollars and 00/100, ($25,624.00) plus post-judgment interest at the rate of ten percent (10%) per annum.

5. Plaintiff has special damages in the form of a lien for Six Hundred Twenty-four dollars and 00/100,($624.00), and requests the amount of Twenty-five Thousand dollars and 00/100, ($25,000.00), for past and future general compensatory damages.

6. Plaintiff was beaten regularly by KAMAKA while he was in his care and control, with the beating of April 19, 2001 being the most severe. KAMAKA was criminally charged and convicted for that assault.

7. The beatings caused physical injuries to Plaintiff which have since healed but left enduring psychological scars that will require long-term psychotherapy to resolve.

8. Sometime after his release from prison KAMAKA left the State of Hawaii. He never appeared at the March 19, 2004 return date and he failed to file an answer or any other responsive pleading in this matter.

9. Plaintiff has requested that this Court enter default judgment against TIMOTHY KAMAKA in the amount of Twenty-five Thousand Six Hundred Twenty-four dollars and 00/100, ($25,624.00) plus post-judgment

interest at the rate of ten percent (10%) per annum.

## CONCLUSIONS OF LAW

1. This Court has jurisdiction to enter a default judgment against Defendant TIMOTHY KAMAKA in this matter. Federal Rules of Civil Procedure, Rule 4(k)(1)(A).

2. Plaintiff A.D. is entitled to default judgment against Defendant TIMOTHY KAMAKA in the amount of Twenty-five Thousand Six Hundred Twenty-four dollars and 00/100, ($25,624.00) plus post-judgment interest at the rate of ten percent (10%) per annum. Federal Rules of Civil Procedure, Rule 55(b)(2).

IT IS SO FOUND AND RECOMMENDED.

Dated: Honolulu, Hawaii, November 25, 2005.

Barry M. Kurren
United States Magistrate Judge

F I L E   C O P Y

\* \* LABEL LIST \* \*

Case Number:1:03-cv-00384

```
Caren I. Dennemeyer, Esq.
P.O. Box 3864
Lihue, HI  96766

John H. Price, Esq.
Pioneer Plaza
900 Fort St Mall Ste 1070
Honolulu, Hi  96813

Susan Y.M. Chock, Esq.
Law Offices of John H. Price
Pioneer Plaza
900 Fort St Mall
Suite 1070
Honolulu, HI  96813

Richard K. Griffith, Esq.
733 Bishop St Ste 2120
Honolulu, HI  96813

Mark M. Nomura, Esq.
Attorney General of Hawaii
Dept of the Attorney General, State of HI
425 Queen Street
Honolulu, HI  96813

Cindy S. Inouye, Esq.
Office of the Attorney General-Hawaii
425 Queen St
Honolulu, HI  96813

Russell A. Suzuki, Esq.
Office of the Attorney General-Hawaii
425 Queen St
Honolulu, HI  96813
```

cc: PAE (FYI)