IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LAURENCE RYAN, as Guardian Ad Litem and Next Friend for and on behalf of,<br><br>A.D., a minor (born 1986),<br><br>   Plaintiff(s),<br><br> vs.<br><br>TIMOTHY KAMAKA, JOCELEYN KAMAKA; DEPARTMENT OF HUMAN SERVICES, CHILD PROTECTIVE SERVICES; GAIL TAKASUGI-IGNACIO et al,<br><br>   Defendant(s).<br>_____ | CV 03-00384DAE-BMK |

ORDER ADOPTING MAGISTRATE'S

FINDINGS AND RECOMMENDATION

  Findings and Recommendation having been filed and served on all parties on November 25, 2005, and no objections having been filed by any party,

  IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Grant Plaintiff's Motion For Default Judgment Against

Timothy Kamaka" are adopted as the opinion and order of this Court.

 IT IS SO ORDERED.

 DATED: Honolulu, Hawaii, August 31, 2006.



_____
David Alan Ezra
United States District Judge

cc: all parties of record

---

CV 03-00384DAE-BMK, RYAN V. KAMAKA ET AL
Order Adopting Findings and Recommendation