

ORIGINAL

JUDGMENT

IN THE UNITED STATES DISTRICT COURT :
    DISTRICT OF HAWAI'I          :
                                 :
                                 :

Plaintiff(s)                     :
LAURENCE RYAN,                   :
as Guardian Ad Litem             :
and Next Friend for              :
and on behalf of,                :
                                 :
A. D., a minor                   :
(born 1986),                     :

    Plaintiff,

                                 :
                                 :
                                 :
                                 : Reserved for Court Use
                                 :
                                 : Civil No. CV03-00384
                                 :       DAE-BMK

| Defendant(s) | : Caren Dennemeyer  4910 |
| TIMOTHY KAMAKA, | : P.O. Box 3864 |
| Et al. | : Lihue, Hawaii 96766 |
| | : 808-822-0258 phone/fax |
| | : Attorney for Plaintiff |

Last Court Date:   November 10, 2005

### JUDGMENT

JUDGMENT is entered in favor of [x] Plaintiff(s) or [ ] Defendant(s) as follows:
  [ ] Confession [ ] Trial [ ] Stipulation [ ] Other (Specify: _____)
  [x] Default: The Defendant having failed
  to plead or otherwise defend in the
  above-entitled action and a default having
  been entered upon application of

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 22 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

LODGED

SEP 19 2006
3:50pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Plaintiff and on the verification that
Defendant is indebted to Plaintiff.

---

DISCONTINUED/DISMISSED AS TO: (LIST DEFENDANT(S)' NAMES)
JOCELYN KAMAKA; DEPARTMENT OF HUMAN SERVICES, CHILD PROTECTIVE SERVICES; GAIL TAKASUGI-IGNACIO, in her capacity as Administrator and individually; KELLEY PHILLIPS, in his capacity as supervisor and individually; STANLEY M. HILL, in his capacity as supervisor and individually; DWAYNE OMORI, in his capacity as case manager and individually; BEVERLY NAKAMOTO, in her capacity as supervisor and individually; BILL LANIER, in his capacity as case manager and individually.
Dismissal entered on 11-15-05        .

---

### JUDGMENT

Principal Amount ............................ $25,624.00
Interest ..(post judgment)................ 10% per annum
Attorney's Fees ............................. _____
Costs of Court ............................... _____
Sheriff's Fees ................................ _____
Sheriff's Mileage ........................... _____
Other Costs ................................... _____

Total Judgment Amount ....................... $25,624.00

Date: 9/22/06  : [X] Clerk [ ] Judge of the above-entitled Court

---

In accordance with the Americans with Disabilities Act if you require an accommodation or assistance, please contact the District Court Administration Office at PHONE NO. 538-5121, FAX 538-5233, or TTY 539-4853 at least ten (10) working days in advance of your hearing or appointment date.

---

JUDGMENT.X (efc.)   : I certify that this is a full, true, and correct
                    : copy of the original on file in this office.
                    :
                    : _____
                    : Clerk, District Court ~~of the above Circuit,~~ U.S. District Court
                    :    State of Hawai'i